ACCEPTED
12-15-00043-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 9:28:20 PM
CATHY LUSK
CLERK

Cause No. 12-15-00043-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/24/2015 9:28:20 PM
CATHY S. LUSK
Clerk

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

Miko Parks,
Appellant

v.

State of Texas,
Appellee

On Appeal from Cause No. 2014-0129 in the 159th
Judicial District Court of Angelina County, Texas

**State's Second Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 7-day extension of time to file its brief.

I.

Undre the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R.

1

App. P.38.6(b). Appellant's Brief was filed on July 15, 2015, giving the State until Friday August 14, 2015 to file its brief. The State requested a 10-day extension of time on Friday August 14, 2015 which made the brief due on Monday August, 24 2015.

The State of Texas now requests a73-day extension of time in which to file its brief.

II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1. Counsel for the State is working on a brief in *Allen v. State* 12-15-00131-CR.

2. Counsel for the State is preparing for an aggravated sexual assault of a child trial, *State v. Taylor* cause no. 2014-0145, that will have jury selection September 14, 2015 in the 159th District Court. This is in addition to the normal felony caseload of counsel.

4. Counsel for the Appellant is unopposed to this extension, and State's Brief is substantively complete with additional time needed to review.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the

2

State's secondmotion for extension, and it is not brought for purposes of delay or harrassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 7-day extension to file its State's Brief in this matter.

Respectfully Submitted,

*/s/ April Ayers-Perez*

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

**Certificate of Service**

I certify that on August 24, 2015, a true and correct copy of the above document has been forwarded to T. Ryan Deaton by electronic service through efile.txcourts.gov.

*/s/ April Ayers-Perez*

3

## Certificate of Conference

I certify that on August 24, 2015, I conferred with T. Ryan Deaton about this motion, and certify that he was unopposed to a 7-day extension.

*/s/ April Ayers-Perez*